UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE FITNESS RHB LLC
AND NERVEANA LLC, (Daniel
Gordon Jr.),
Plaintiff,

Case No. 25-cv-10657
District Court Judge
Magistrate Judge

v.

COMMONWEALTH CASUALTY
COMPANY,
Defendant.

James W. Low, P63110
Michael Fergestrom, P48864
Jordan E. Dollar, P75674
The Dollar Law Firm PLLC
220 S. Main St., Ste. 126
Royal Oak, MI  48067
Phone: (248) 918-4500, Fax: (248)
809-4000
james.low@lawdollar.com
jdollar@lawdollar.com
mfergestrom@lawdollar.com
*Attorneys for Plaintiffs*

Julia T. Stuebing, P81227
Dinsmore & Shohl LLP
300 N. Fifth Ave., Ste. 120
Ann Arbor, MI  48104
Phone: (734) 773-4051, Fax: (734) 913-
6007
julia.stuebing@dinsmore.com
*Attorneys for Commonwealth Casualty
Company*

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION**

**NOTICE OF FILING OF REMOVAL**

**CERTIFICATE OF SERVICE**

Date:  March 7, 2025

Respectfully submitted,

*/s/ Julia T. Stuebing*

_____

Julia T. Stuebing, P81227
Dinsmore & Shohl LLP
300 N. Fifth Ave., Ste. 120
Ann Arbor, MI  48104
Phone: (734) 773-4051, Fax: (734) 913-6007
julia.stuebing@dinsmore.com
*Attorneys for Commonwealth Casualty Company*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Complete Fitness RHB LLC and Nerveana LLC (Daniel Gordon Jr.) | Commonwealth Casualty Company |

| **(b)** County of Residence of First Listed Plaintiff    Michigan | County of Residence of First Listed Defendant    Arizona |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Jordan E. Dollar, P75674, The Dollar Law Firm PLLC, 220 S. Main St., Ste. 126, Royal Oak, MI  48067, (248) 918-4500 | Julia Stuebing, P81227, Dinsmore & Shohl LLP, 300 N. Fifth Ave., Ste. 120, Ann Arbor, MI  48104, (734) 773-4051 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332 and 1441

Brief description of cause:
Alleged Michigan no-fault insurance dispute

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 92,030

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 3/7/2025 | /s/ Julia T. Stuebing |

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.　　　　　　Is this a case that has been previously dismissed?

☐ Yes

☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.　　　　　　Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

☐ Yes

☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE FITNESS RHB LLC
AND NERVEANA LLC, (Daniel
Gordon Jr.),
Plaintiff,

v.

COMMONWEALTH CASUALTY
COMPANY,
Defendant.

Case No. 25-cv-10657
District Court Judge
Magistrate Judge

---

James W. Low, P63110
Michael Fergestrom, P48864
Jordan E. Dollar, P75674
The Dollar Law Firm PLLC
220 S. Main St., Ste. 126
Royal Oak, MI  48067
Phone: (248) 918-4500, Fax: (248)
809-4000
james.low@lawdollar.com
jdollar@lawdollar.com
mfergestrom@lawdollar.com
*Attorneys for Plaintiffs*

Julia T. Stuebing, P81227
Dinsmore & Shohl LLP
300 N. Fifth Ave., Ste. 120
Ann Arbor, MI  48104
Phone: (734) 773-4051, Fax: (734) 913-
6007
julia.stuebing@dinsmore.com
*Attorneys for Commonwealth Casualty
Company*

---

**NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION**

Defendant Commonwealth Casualty Company ("Defendant" or "Commonwealth"),[1] by and through its undersigned counsel, gives notice of removal of this action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, and respectfully states as follows:

1. On or about January 30, 2025, Plaintiff "Complete Fitness RHB LLC, (Daniel Gordon Jr.)" commenced this action, which is now pending in Wayne County Circuit Court, Michigan, case no. 25-001451-NF. That same day, a First Amended Complaint was filed, with the Plaintiffs styled as "Complete Fitness RHB LLC and Nerveana LLC, (Daniel Gordon Jr.)".

2. The First Amended Complaint and what appears to be a partial copy of the initial Complaint was served on Commonwealth Casualty Company ("Casualty" or "Defendant") on February 7, 2025. A copy of all process, pleadings and orders served on Commonwealth are attached hereto as **Exhibit 1**.

3. Removal is proper under 28 U.S.C. § 1441 because the Court has original subject matter jurisdiction over this action.

---

[1] Commonwealth objects to personal jurisdiction and reserves the right to file a motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). Commonwealth further reserves the right to file a motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

4. This Court has original jurisdiction because (a) it is a civil action between citizens of different states and (b) the amount-in-controversy requirements are satisfied. *See* 28 U.S.C. § 1332(a).

5. With respect to diversity, on information and belief Plaintiff Complete Fitness RHB LLC is a limited liability company organized under the laws of the state of Michigan, and its member is Youssef Barki who is a citizen of Michigan.

6. On information and belief Plaintiff Nerveana LLC is an limited liability company organized under the laws of the state of Michigan, and its member is Khalil Moussa who is a citizen of Michigan.

7. Defendant Commonwealth is a foreign corporation. Commonwealth was, at the time of the commencement of this action, and has been since that time, a corporation organized and existing under the laws of Arizona with its principal place of business in Arizona. Therefore, for purposes of diversity of citizenship, Commonwealth was and is a citizen of Arizona and was not and is not a citizen of Michigan.

8. There is complete diversity between Plaintiffs and Defendant. This action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441 because

Commonwealth is not a citizen of the State of Michigan, and Plaintiffs are not citizens of Arizona. [2]

9.  Further, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. In the First Amended Complaint, Plaintiff alleges damages as follows:

> 3. That the amount in controversy is within he jurisdiction of this Court by rason of a claim of damages, excluding statutory penalty interest and attorney fees is $92,030.00 **[EXHIBIT 1]**.

First Amended Complaint at para 3.

10. A cause of action may be removed where the defendant establishes by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. *Hayes v. Equitable Energy Resources Co*., 266 F.3d 560, 572 (6th Cir. 2001).

11. Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(a)(1) has been met.

12. Removal of this action is timely. Pursuant to 28 U.S.C. § 1446(b), removal must be filed within 30 days after the receipt by the defendant of the initial pleading. This Notice is filed on March 7, 2025, within 30 days of receipt of

---

[2] Moreover, upon information and belief, Daniel Gordon Jr. is a citizen of Michigan. *See* First Amended Complaint at Exhibit 1.

Plaintiff's partial Complaint and First Amended Complaint on February 7, 2025.

13. The United States District Court for the Eastern District of Michigan, Southern Division, is the proper venue for this action under 28 U.S.C. § 1441(a) because it presides over the county within which the Complaint was filed, which is Wayne County, Michigan.

14. Pursuant to 28 U.S.C. § 1446(d), a copy of the initial Notice of Removal, as well as a Notice of Filing of the Notice of Removal, was filed with Wayne County Circuit Court, Michigan, and a copy of the same was served upon all parties. A copy of this filing is attached hereto.

15. Commonwealth reserves the right to amend or supplement this Notice of Removal or to present additional arguments in support of its entitlement to remove this case.

16. Commonwealth reserves all defenses and objections, including, without limitation, the defenses of insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, and any other defenses or objections available under applicable law, and the filing of this Notice of Removal is subject to, and without waiver of, any such defenses or objections.

WHEREFORE, Defendant Commonwealth Casualty Company respectfully requests removal of this action from Wayne County Circuit Court, Michigan to this Court for all other appropriate proceedings.

Date:  March 7, 2025

Respectfully submitted,

*/s/ Julia T. Stuebing*
_____
Julia T. Stuebing, P81227
Dinsmore & Shohl LLP
300 N. Fifth Ave., Ste. 120
Ann Arbor, MI  48104
Phone: (734) 773-4051, Fax: (734) 913-6007
julia.stuebing@dinsmore.com
*Attorneys for Commonwealth Casualty Company*

STATE OF MICHIGAN
WAYNE COUNTY CIRCUIT COURT

COMPLETE FITNESS RHB LLC            Case No. 25-001451-NF
AND NERVEANA LLC, (Daniel           Hon. Leslie Kim Smith
Gordon Jr.),
Plaintiff,

v.

COMMONWEALTH CASUALTY
COMPANY,
Defendant.

| | |
|---|---|
| James W. Low, P63110 | Julia T. Stuebing, P81227 |
| Michael Fergestrom, P48864 | Dinsmore & Shohl LLP |
| Jordan E. Dollar, P75674 | 300 N. Fifth Ave., Ste. 120 |
| The Dollar Law Firm PLLC | Ann Arbor, MI 48104 |
| 220 S. Main St., Ste. 126 | Phone: (734) 773-4051, Fax: (734) 913-6007 |
| Royal Oak, MI 48067 | julia.stuebing@dinsmore.com |
| Phone: (248) 918-4500, Fax: (248) 809-4000 | *Attorneys for Commonwealth Casualty Company* |
| james.low@lawdollar.com | |
| jdollar@lawdollar.com | |
| mfergestrom@lawdollar.com | |
| *Attorneys for Plaintiffs* | |

## NOTICE OF FILING OF REMOVAL

To: Clerk of the Court, Wayne County Circuit Court

PLEASE TAKE NOTICE THAT Defendant Commonwealth Casualty Company filed today its Notice of Removal, a copy of which is attached hereto, in the offices of the Clerk of the United States District Court, Eastern District of

Michigan, Southern Division, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226.

Date:  March 7, 2025                    Respectfully submitted,

/s/ Julia T. Stuebing
_____
Julia T. Stuebing, P81227
Dinsmore & Shohl LLP
300 N. Fifth Ave., Ste. 120
Ann Arbor, MI  48104
Phone: (734) 773-4051, Fax: (734) 913-6007
julia.stuebing@dinsmore.com
*Attorneys for Commonwealth Casualty Company*

## PROOF OF SERVICE

I hereby certify that the foregoing was served on counsel of record MiFile/TrueFiling on March 7, 2025. I declare the foregoing is true to the best of my information, knowledge, and belief.

Date: March 7, 2025                    /s/ Julia T. Stuebing
_____
Julia T. Stuebing

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE FITNESS RHB LLC
AND NERVEANA LLC, (Daniel
Gordon Jr.),
Plaintiff,

v.

COMMONWEALTH CASUALTY
COMPANY,
Defendant.

Case No.
District Court Judge
Magistrate Judge

| | |
|---|---|
| James W. Low, P63110<br>Michael Fergestrom, P48864<br>Jordan E. Dollar, P75674<br>The Dollar Law Firm PLLC<br>220 S. Main St., Ste. 126<br>Royal Oak, MI 48067<br>Phone: (248) 918-4500, Fax: (248) 809-4000<br>james.low@lawdollar.com<br>jdollar@lawdollar.com<br>mfergestrom@lawdollar.com<br>*Attorneys for Plaintiffs* | Julia T. Stuebing, P81227<br>Dinsmore & Shohl LLP<br>300 N. Fifth Ave., Ste. 120<br>Ann Arbor, MI 48104<br>Phone: (734) 773-4051, Fax: (734) 913-6007<br>julia.stuebing@dinsmore.com<br>*Attorneys for Commonwealth Casualty Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and served the same to the following by e-mail and U.S. Mail on:

James W. Low, P63110
Michael Fergestrom, P48864

Jordan E. Dollar, P75674
The Dollar Law Firm PLLC
220 S. Main St., Ste. 126
Royal Oak, MI  48067
Phone: (248) 918-4500, Fax: (248) 809-4000
james.low@lawdollar.com jdollar@lawdollar.com
mfergestrom@lawdollar.com
*Attorneys for Plaintiffs*
I declare the foregoing is true to the best of my information, knowledge, and belief.

Date:  March 7, 2025

Respectfully submitted,

*/s/ Julia T. Stuebing*
_____
Julia T. Stuebing, P81227
Dinsmore & Shohl LLP
300 N. Fifth Ave., Ste. 120
Ann Arbor, MI  48104
Phone: (734) 773-4051, Fax: (734) 913-6007
julia.stuebing@dinsmore.com
*Attorneys for Commonwealth Casualty Company*

25301457.1

# Exhibit 1





9402 7112 0620 6462 4932 80

$16.960
US POSTAGE IMI
PRIORITY MAIL
COMMERCIAL
FROM 48122
02/03/2025

Commonwealth Casualty Company
Attn: Inessa Hakobyan
2500 N 24th St
Phoenix AZ 85008-1842

CERTIFIED MAIL

RECEIVED

FEB 07 2025

Original - Court          2nd copy - Plaintiff
1st Copy- Defendant          3rd Copy -Return

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>25-001451-NF<br>Hon.Leslie Kim Smith |
|---|---|---|

Court telephone no.: 313-224-2427

| Plaintiff's name(s), address(es), and telephone no(s)<br>Complete Fitness RHB LLC (Daniel Gordon Jr.) | v | Defendant's name(s), address(es), and telephone no(s).<br>Commonwealth Casualty Company |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no<br>Jordan E. Dollar 75674<br>220 S Main St Ste 126<br>Royal Oak, MI 48067-2678 | | RECEIVED<br>FEB 07 2025 |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.          **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>1/30/2025 | Expiration date*<br>5/1/2025 | Court clerk<br>Jacqueline Ruff |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)          **SUMMONS**          MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

25-001451-NF FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   1/30/2025 9:15 AM   Jacqueline Ruff

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan 48067
(248) 918-4500

**STATE OF MICHIGAN**

**IN THE WAYNE COUNTY THIRD CIRCUIT COURT**

COMPLETE FITNESS RHB LLC,
(Daniel Gordon Jr.)

                                             Case No. 25-      -NF
                                             Hon.

        Plaintiff,

vs.

COMMONWEALTH CASUALTY COMPANY,

        Defendant.

_____/

JAMES W. LOW (P63110)
MICHAEL FERGESTROM (P48864)
JORDAN E. DOLLAR (P75674)
**The Dollar Law Firm PLLC**
Attorney for Plaintiff
220 S. Main St., Suite 126
Royal Oak, MI 48067
(248) 918-4500 / (248) 809-4000 (fax)

_____/

        There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge.  MCR 2.113(C)(2)(b).

                                    ____/s/ James W. Low____
                                     James W. Low (P63110)

**COMPLAINT**

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan 48067

(248) 918-4500

7.  That Daniel Gordon Jr. was involved in a motor vehicle accident.

8.  That as a result of the afore-described accident, Plaintiff has incurred medical expenses regarding the care, recovery, and rehabilitation of Daniel Gordon Jr..

9.  That Defendant is in first priority for payment of No-Fault benefits on behalf of Daniel Gordon Jr. pursuant to MCL 500.3114.

10. That reasonable proof for full payment of personal insurance benefits has been or will be supplied by Plaintiff to Defendant.

11. That Defendant is responsible for payment of the medical expenses incurred by Daniel Gordon Jr. as a result of the accident.

12. That Defendant denied payment of the medical expenses incurred by Daniel Gordon Jr. as a result of the accident.

13. That Defendant is in breach of its contractual obligation to make payment of the medical expenses incurred by Plaintiff.

## COUNT II – VIOLATION OF MICHIGAN NO-FAULT STATUTE – DEFENDANT Commonwealth Casualty Company  (VIA ASSIGNMENT)

14. Plaintiff repeats and incorporates all preceding paragraphs as though more fully set forth herein.

15. Regarding the services performed by the Plaintiff for Daniel Gordon Jr. that are at issue, the Plaintiff's charges for those services, and any actual or potential insurance coverage or benefits under any insurance policy or under the Michigan No-Fault Insurance Act with respect to those services and charges (including but not limited to Personal Injury Protection benefits), Daniel Gordon Jr. has assigned his or her rights, benefits, claims, and causes of action to the Plaintiff.

220 S. Main St., Suite 126
Royal Oak, MI 48067

January 30, 2025

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan 48067

(248) 918-4500

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
4000 Town Center
SUITE 480
Southfield, Michigan 48075

(248) 918-4500

COMPLETE FITNESS RHB LLC

## Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 46496 | 2/6/2024 | 11 | | 385 | 97530 | 2402060000 | AR | 90.00 |
| 46497 | 2/6/2024 | 11 | | 385 | 97039 | 2402060000 | AR | 5900.00 |
| 46872 | 2/8/2024 | 11 | | 385 | G0283 | 2402080000 | AR | 60.00 |
| 46873 | 2/8/2024 | 11 | | 385 | 97110 | 2402080000 | AR | 90.00 |
| 46874 | 2/8/2024 | 11 | | 385 | 97140 | 2402080000 | AR | 75.00 |
| 46875 | 2/8/2024 | 11 | | 385 | 97112 | 2402080000 | AR | 65.00 |
| 46876 | 2/8/2024 | 11 | | 385 | 97530 | 2402080000 | AR | 90.00 |
| 46877 | 2/8/2024 | 11 | | 385 | 97039 | 2402080000 | AR | 5900.00 |
| 47397 | 2/13/2024 | 11 | | 385 | G0283 | 2402120000 | AR | 60.00 |
| 47398 | 2/13/2024 | 11 | | 385 | 97110 | 2402120000 | AR | 90.00 |
| 47399 | 2/13/2024 | 11 | | 385 | 97140 | 2402120000 | AR | 75.00 |
| 47400 | 2/13/2024 | 11 | | 385 | 97112 | 2402120000 | AR | 65.00 |
| 47401 | 2/13/2024 | 11 | | 385 | 97530 | 2402120000 | AR | 90.00 |
| 47402 | 2/13/2024 | 11 | | 385 | 97039 | 2402120000 | AR | 5900.00 |
| 47910 | 2/15/2024 | 11 | | 385 | G0283 | 2402150000 | AR | 60.00 |
| 47911 | 2/15/2024 | 11 | | 385 | 97110 | 2402150000 | AR | 90.00 |
| 47912 | 2/15/2024 | 11 | | 385 | 97112 | 2402150000 | AR | 65.00 |
| 47913 | 2/15/2024 | 11 | | 385 | 97140 | 2402150000 | AR | 75.00 |
| 47914 | 2/15/2024 | 11 | | 385 | 97164 | 2402150000 | AR | 195.00 |
| 48361 | 2/20/2024 | 11 | | 385 | G0283 | 2402200000 | AR | 60.00 |
| 48362 | 2/20/2024 | 11 | | 385 | 97035 | 2402200000 | AR | 70.00 |
| 48363 | 2/20/2024 | 11 | | 385 | 97110 | 2402200000 | AR | 90.00 |
| 48364 | 2/20/2024 | 11 | | 385 | 97140 | 2402200000 | AR | 75.00 |
| 48365 | 2/20/2024 | 11 | | 385 | 97112 | 2402200000 | AR | 65.00 |
| 48366 | 2/20/2024 | 11 | | 385 | 97530 | 2402200000 | AR | 90.00 |
| 48730 | 2/22/2024 | 11 | | 385 | G0283 | 2402220000 | AR | 60.00 |
| 48731 | 2/22/2024 | 11 | | 385 | 97035 | 2402220000 | AR | 70.00 |
| 48732 | 2/22/2024 | 11 | | 385 | 97110 | 2402220000 | AR | 90.00 |
| 48733 | 2/22/2024 | 11 | | 385 | 97140 | 2402220000 | AR | 75.00 |
| 48734 | 2/22/2024 | 11 | | 385 | 97112 | 2402220000 | AR | 65.00 |
| 48735 | 2/22/2024 | 11 | | 385 | 97530 | 2402220000 | AR | 90.00 |
| 49336 | 2/27/2024 | 11 | | 385 | G0283 | 2402270000 | AR | 60.00 |
| 49337 | 2/27/2024 | 11 | | 385 | 97110 | 2402270000 | AR | 90.00 |
| 49338 | 2/27/2024 | 11 | | 385 | 97140 | 2402270000 | AR | 75.00 |
| 49339 | 2/27/2024 | 11 | | 385 | 97112 | 2402270000 | AR | 65.00 |
| 49340 | 2/27/2024 | 11 | | 385 | 97530 | 2402270000 | AR | 90.00 |
| 49341 | 2/27/2024 | 11 | | 385 | 97039 | 2402270000 | AR | 5900.00 |
| 49822 | 3/1/2024 | 11 | | 385 | G0283 | 2403010000 | AR | 60.00 |
| 49823 | 3/1/2024 | 11 | | 385 | 97035 | 2403010000 | AR | 70.00 |
| 49824 | 3/1/2024 | 11 | | 385 | 97110 | 2403010000 | AR | 90.00 |
| 49825 | 3/1/2024 | 11 | | 385 | 97140 | 2403010000 | AR | 75.00 |
| 49826 | 3/1/2024 | 11 | | 385 | 97112 | 2403010000 | AR | 65.00 |
| 49827 | 3/1/2024 | 11 | | 385 | 97530 | 2403010000 | AR | 90.00 |
| 50160 | 3/5/2024 | 11 | | 385 | G0283 | 2403050000 | AR | 60.00 |
| 50161 | 3/5/2024 | 11 | | 385 | 97110 | 2403050000 | AR | 90.00 |
| 50162 | 3/5/2024 | 11 | | 385 | 97140 | 2403050000 | AR | 75.00 |
| 50163 | 3/5/2024 | 11 | | 385 | 97112 | 2403050000 | AR | 65.00 |

COMPLETE FITNESS RHB LLC

## Patient Ledger
### Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 54839 | 4/15/2024 | 11 | | 385 | 97035 | 2404150000 | AR | 70.00 |
| 54840 | 4/15/2024 | 11 | | 385 | 97110 | 2404150000 | AR | 90.00 |
| 54841 | 4/15/2024 | 11 | | 385 | 97140 | 2404150000 | AR | 75.00 |
| 54842 | 4/15/2024 | 11 | | 385 | 97112 | 2404150000 | AR | 65.00 |
| 54843 | 4/15/2024 | 11 | | 385 | 97530 | 2404150000 | AR | 90.00 |
| 54844 | 4/15/2024 | 11 | | 385 | 97039 | 2404150000 | AR | 5900.00 |
| 55866 | 4/22/2024 | 11 | | 385 | G0283 | 2404290000 | AR | 60.00 |
| 55867 | 4/22/2024 | 11 | | 385 | 97035 | 2404290000 | AR | 70.00 |
| 55868 | 4/22/2024 | 11 | | 385 | 97110 | 2404290000 | AR | 90.00 |
| 55869 | 4/22/2024 | 11 | | 385 | 97140 | 2404290000 | AR | 75.00 |
| 55870 | 4/22/2024 | 11 | | 385 | 97112 | 2404290000 | AR | 65.00 |
| 55871 | 4/22/2024 | 11 | | 385 | 97530 | 2404290000 | AR | 90.00 |
| 56078 | 4/29/2024 | 11 | | 385 | G0283 | 2404290000 | AR | 60.00 |
| 56079 | 4/29/2024 | 11 | | 385 | 97035 | 2404290000 | AR | 70.00 |
| 56080 | 4/29/2024 | 11 | | 385 | 97110 | 2404290000 | AR | 90.00 |
| 56081 | 4/29/2024 | 11 | | 385 | 97140 | 2404290000 | AR | 75.00 |
| 56082 | 4/29/2024 | 11 | | 385 | 97112 | 2404290000 | AR | 65.00 |
| 56083 | 4/29/2024 | 11 | | 385 | 97530 | 2404290000 | AR | 90.00 |
| 57084 | 5/3/2024 | 11 | | 385 | G0283 | 2405030000 | AR | 60.00 |
| 57085 | 5/3/2024 | 11 | | 385 | 97110 | 2405030000 | AR | 90.00 |
| 57086 | 5/3/2024 | 11 | | 385 | 97140 | 2405030000 | AR | 75.00 |
| 57087 | 5/3/2024 | 11 | | 385 | 97112 | 2405030000 | AR | 65.00 |
| 57088 | 5/3/2024 | 11 | | 385 | 97530 | 2405030000 | AR | 90.00 |
| 57269 | 5/6/2024 | 11 | | 385 | G0283 | 2405060000 | AR | 60.00 |
| 57270 | 5/6/2024 | 11 | | 385 | 97110 | 2405060000 | AR | 90.00 |
| 57271 | 5/6/2024 | 11 | | 385 | 97140 | 2405060000 | AR | 75.00 |
| 57272 | 5/6/2024 | 11 | | 385 | 97112 | 2405060000 | AR | 65.00 |
| 57273 | 5/6/2024 | 11 | | 385 | 97530 | 2405060000 | AR | 90.00 |
| 58699 | 5/17/2024 | 11 | | 385 | G0283 | 2405170000 | AR | 60.00 |
| 58700 | 5/17/2024 | 11 | | 385 | 97110 | 2405170000 | AR | 90.00 |
| 58701 | 5/17/2024 | 11 | | 385 | 97140 | 2405170000 | AR | 75.00 |
| 58702 | 5/17/2024 | 11 | | 385 | 97112 | 2405170000 | AR | 65.00 |
| 58703 | 5/17/2024 | 11 | | 385 | 97530 | 2405170000 | AR | 90.00 |
| 60270 | 5/31/2024 | 11 | | 385 | G0283 | 2405300000 | AR | 60.00 |
| 60271 | 5/31/2024 | 11 | | 385 | 97110 | 2405300000 | AR | 90.00 |
| 60272 | 5/31/2024 | 11 | | 385 | 97140 | 2405300000 | AR | 75.00 |
| 60273 | 5/31/2024 | 11 | | 385 | 97112 | 2405300000 | AR | 65.00 |
| 61160 | 6/10/2024 | 11 | | 385 | G0283 | 2406100000 | AR | 60.00 |
| 61161 | 6/10/2024 | 11 | | 385 | 97110 | 2406100000 | AR | 90.00 |
| 61162 | 6/10/2024 | 11 | | 385 | 97140 | 2406100000 | AR | 75.00 |
| 61163 | 6/10/2024 | 11 | | 385 | 97112 | 2406100000 | AR | 65.00 |
| 63155 | 7/1/2024 | 11 | | 385 | G0283 | 2406280000 | AR | 60.00 |
| 63156 | 7/1/2024 | 11 | | 385 | 97110 | 2406280000 | AR | 90.00 |
| 63157 | 7/1/2024 | 11 | | 385 | 97140 | 2406280000 | AR | 75.00 |
| 63158 | 7/1/2024 | 11 | | 385 | 97112 | 2406280000 | AR | 65.00 |
| 63590 | 7/5/2024 | 11 | | 385 | G0283 | 2407050000 | AR | 60.00 |
| 63591 | 7/5/2024 | 11 | | 385 | 97110 | 2407050000 | AR | 90.00 |

Original - Court
1st Copy- Defendant
2nd Copy - Plaintiff
3rd Copy -Return

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>25-001451-NF<br>Hon.Leslie Kim Smith |
|---|---|---|

Court telephone no.: 313-224-2427

| Plaintiff's name(s), address(es), and telephone no(s)<br>Complete Fitness RHB LLC (Daniel Gordon Jr.) | v | Defendant's name(s), address(es), and telephone no(s).<br>Commonwealth Casualty Company |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no<br>Jordan E. Dollar 75674<br>220 S Main St Ste 126<br>Royal Oak, MI 48067-2678 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>1/30/2025 | Expiration date*<br>5/1/2025 | Court clerk<br>Jacqueline Ruff |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01 (3/23)**       **SUMMONS**       MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**STATE OF MICHIGAN**

**IN THE WAYNE COUNTY THIRD CIRCUIT COURT**

COMPLETE FITNESS RHB LLC AND
NERVEANA LLC,
(Daniel Gordon Jr.)

                                              Case No. 25-001451-NF
                                              Hon. Leslie Kim Smith

                Plaintiff,

vs.

COMMONWEALTH CASUALTY COMPANY,

                Defendant.
_____/

JAMES W. LOW (P63110)
MICHAEL FERGESTROM (P48864)
JORDAN E. DOLLAR (P75674)
**The Dollar Law Firm PLLC**
Attorney for Plaintiff
220 S. Main St., Suite 126
Royal Oak, MI 48067
(248) 918-4500 / (248) 809-4000 (fax)
_____/

                There is no other civil action between these parties arising out
                of the same transaction or occurrence as alleged in this
                Complaint pending in this Court, nor has any such action been
                previously filed and dismissed or transferred after having been
                assigned to a judge.  MCR 2.113(C)(2)(b).

                                      _____/s/ James W. Low_____
                                    James W. Low (P63110)

**FIRST AMENDED
COMPLAINT**

25-001451-NF FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    1/30/2025 9:34 AM    Kimberly DeLoach

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan  48067
(248) 918-4500

NOW COMES Plaintiff, COMPLETE FITNESS RHB LLC AND NERVEANA LLC, by and through its attorneys JAMES W. LOW and THE DOLLAR LAW FIRM, PLLC, and for its Complaint, state as follows:

### COUNT I – BREACH OF CONTRACT – DEFENDANT Commonwealth Casualty Company (VIA ASSIGNMENT)

1. That Plaintiff COMPLETE FITNESS RHB LLC AND NERVEANA LLC is a medical provider with its principal place of business in the City of Southfield, County of Oakland, State of Michigan.

2. That Defendant Commonwealth Casualty Company conducts a regular and systematic part of its business in the County of Wayne in the State of Michigan.

3. That the amount in controversy is within the jurisdiction of this Court by reason of a claim of damages, excluding statutory penalty interest and attorney fees is $92,030.00 **[EXHIBIT 1]**.

4. That Defendant Daniel Gordon Jr. was involved in a motor vehicle accident.

5. That as a result of the afore-described accident, Plaintiff has incurred medical expenses regarding the care, recovery, and rehabilitation of Daniel Gordon Jr..

6. Regarding the services performed by the Plaintiff for Daniel Gordon Jr. that are at issue, the Plaintiff's charges for those services, and any actual or potential insurance coverage or benefits under any insurance policy or under the Michigan No-Fault Insurance Act with respect to those services and charges (including but not limited to Personal Injury Protection benefits), Daniel Gordon Jr. has assigned his or her rights, benefits, claims, and causes of action to the Plaintiff.

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan 48067
(248) 918-4500

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan 48067

(248) 918-4500

7.  That Daniel Gordon Jr. was involved in a motor vehicle accident.

8.  That as a result of the afore-described accident, Plaintiff has incurred medical expenses regarding the care, recovery, and rehabilitation of Daniel Gordon Jr..

9.  That Defendant is in first priority for payment of No-Fault benefits on behalf of Daniel Gordon Jr. pursuant to MCL 500.3114.

10. That reasonable proof for full payment of personal insurance benefits has been or will be supplied by Plaintiff to Defendant.

11. That Defendant is responsible for payment of the medical expenses incurred by Daniel Gordon Jr. as a result of the accident.

12. That Defendant denied payment of the medical expenses incurred by Daniel Gordon Jr. as a result of the accident.

13. That Defendant is in breach of its contractual obligation to make payment of the medical expenses incurred by Plaintiff.

## COUNT II – VIOLATION OF MICHIGAN NO-FAULT STATUTE – DEFENDANT Commonwealth Casualty Company  (VIA ASSIGNMENT)

14. Plaintiff repeats and incorporates all preceding paragraphs as though more fully set forth herein.

15. Regarding the services performed by the Plaintiff for Daniel Gordon Jr. that are at issue, the Plaintiff's charges for those services, and any actual or potential insurance coverage or benefits under any insurance policy or under the Michigan No-Fault Insurance Act with respect to those services and charges (including but not limited to Personal Injury Protection benefits), Daniel Gordon Jr. has assigned his or her rights, benefits, claims, and causes of action to the Plaintiff.

16. That Defendant is in breach of its statutory obligation to make payment of the medical expenses incurred by Plaintiff.

## COUNT III – VIOLATION OF MICHIGAN NO-FAULT STATUTE – DEFENDANT Commonwealth Casualty Company (STATUTORY CAUSE OF ACTION)

17. Plaintiff repeats and incorporates all preceding paragraphs as though more fully set forth herein.

18. Under MCL 500.3112, "A health care provider listed in section 3157 may make a claim and assert a direct cause of action against an insurer, or under the assigned claims plan under sections 3171 to 3175, to recover overdue benefits payable for charges for products, services, or accommodations provided to an injured person."

19. Defendant has not paid for Plaintiff's services and the outstanding billing is overdue.

20. That Defendant is in breach of its statutory obligation to make payment of the medical expenses incurred by Plaintiff.

WHEREFORE, Plaintiff COMPLETE FITNESS RHB LLC AND NERVEANA LLC, seeks damages in an amount in excess of $25,000.00 in addition to the attorney fees and interest pursuant to MCL 500.3148 and MCL 500.3142.

/s/ James W. Low
JORDAN E. DOLLAR (P75674)
JAMES W. LOW (P63110)
**The Dollar Law Firm PLLC**
Attorneys for Plaintiff

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan 48067
(248) 918-4500

220 S. Main St., Suite 126
Royal Oak, MI 48067

January 30, 2025

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan  48067

(248) 918-4500

# EXHIBIT  1

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
220 South Main Street
SUITE 126
Royal Oak, Michigan  48067

(248) 918-4500

THE DOLLAR LAW FIRM, PLLC
Attorneys at Law
4000 Town Center
SUITE 480
Southfield, Michigan 48075

(248) 918-4500

# NERVEANA LLC

### 24133 W 10 MILE RD
### SOUTHFIELD, MI 48033
### (248)327-7089

Page: 1

1/30/2025

| Patient: | DANIEL GORDON<br>30591 CONCORD CT<br>ROSEVILLE, MI 48066 |
|---|---|
| Chart #: | GORDA000 |
| Case #: | 1215 |

**Instructions:**

Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modifier | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 1/3/2024 | LUMBER-SECRAL ORTHOSIS | L0637 | | S13.4XXA | S23.3XXA | S33.5XXA | M54.2 | 1 | 1,500.00 |
| 1/3/2024 | CERVICAL PILLOW | E0190 | | S13.4XXA | S23.3XXA | S33.5XXA | M54.2 | 1 | 150.00 |
| 1/3/2024 | HEATING PAD ELECT MOIST/DRY | E0215 | | S13.4XXA | S23.3XXA | S33.5XXA | M54.2 | 1 | 250.00 |
| 1/3/2024 | Education And Training For Patient | 98960 | | S13.4XXA | S23.3XXA | S33.5XXA | M54.2 | 1 | 400.00 |
| 1/3/2024 | Dme delivery, set up, and/or | A9901 | | S13.4XXA | S23.3XXA | S33.5XXA | M54.2 | 1 | 350.00 |
| 4/30/2024 | INF UNIT DIGITAL | E1399 | | S13.4XXA | S23.3XXA | S33.5XXA | | 1 | 2,200.00 |
| 4/30/2024 | Education And Training For Patient | 98960 | | S13.4XXA | S23.3XXA | S33.5XXA | | 1 | 400.00 |
| 4/30/2024 | Dme delivery, set up, and/or | A9901 | | S13.4XXA | S23.3XXA | S33.5XXA | | 1 | 350.00 |

| Provider Information | |
|---|---|
| Provider Name: | SIMONE HUBBARD |
| License: | |
| Commercial PIN: | |
| SSN or EIN: | |

| | |
|---|---|
| Total Charges: | $ 5600.00 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 5600.00** |
| Total Account Balance: | $ 5,600.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____   Date: _____

COMPLETE FITNESS RHB LLC
# Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| **GORDA000** | **DANIEL GORDON JR** | | | | | | | |
| | Last Payment: | 0.00 | On: | | | | | |
| 43610 | 1/10/2024 | 11 | | 385 | 97162 | 2401150000 | AR | 365.00 |
| 43611 | 1/10/2024 | 11 | | 385 | G0283 | 2401150000 | AR | 60.00 |
| 43612 | 1/10/2024 | 11 | | 385 | 97035 | 2401150000 | AR | 70.00 |
| 43613 | 1/10/2024 | 11 | | 385 | 97140 | 2401150000 | AR | 75.00 |
| 44089 | 1/18/2024 | 11 | | 385 | G0283 | 2401180000 | AR | 60.00 |
| 44090 | 1/18/2024 | 11 | | 385 | 97110 | 2401180000 | AR | 90.00 |
| 44091 | 1/18/2024 | 11 | | 385 | 97140 | 2401180000 | AR | 75.00 |
| 44092 | 1/18/2024 | 11 | | 385 | 97112 | 2401180000 | AR | 65.00 |
| 44093 | 1/18/2024 | 11 | | 385 | 97530 | 2401180000 | AR | 90.00 |
| 44094 | 1/18/2024 | 11 | | 385 | 97039 | 2401180000 | AR | 5900.00 |
| 44311 | 1/19/2024 | 11 | | 385 | G0283 | 2401190000 | AR | 60.00 |
| 44312 | 1/19/2024 | 11 | | 385 | 97035 | 2401190000 | AR | 70.00 |
| 44313 | 1/19/2024 | 11 | | 385 | 97110 | 2401190000 | AR | 90.00 |
| 44314 | 1/19/2024 | 11 | | 385 | 97140 | 2401190000 | AR | 75.00 |
| 44315 | 1/19/2024 | 11 | | 385 | 97112 | 2401190000 | AR | 65.00 |
| 44316 | 1/19/2024 | 11 | | 385 | 97530 | 2401190000 | AR | 90.00 |
| 44672 | 1/23/2024 | 11 | | 385 | G0283 | 2401230000 | AR | 60.00 |
| 44673 | 1/23/2024 | 11 | | 385 | 97110 | 2401230000 | AR | 90.00 |
| 44674 | 1/23/2024 | 11 | | 385 | 97140 | 2401230000 | AR | 75.00 |
| 44675 | 1/23/2024 | 11 | | 385 | 97112 | 2401230000 | AR | 65.00 |
| 44676 | 1/23/2024 | 11 | | 385 | 97530 | 2401230000 | AR | 90.00 |
| 44677 | 1/23/2024 | 11 | | 385 | 97039 | 2401230000 | AR | 5900.00 |
| 45019 | 1/25/2024 | 11 | | 385 | G0283 | 2401250000 | AR | 60.00 |
| 45020 | 1/25/2024 | 11 | | 385 | 97110 | 2401250000 | AR | 90.00 |
| 45021 | 1/25/2024 | 11 | | 385 | 97140 | 2401250000 | AR | 75.00 |
| 45022 | 1/25/2024 | 11 | | 385 | 97112 | 2401250000 | AR | 65.00 |
| 45023 | 1/25/2024 | 11 | | 385 | 97530 | 2401250000 | AR | 90.00 |
| 45024 | 1/25/2024 | 11 | | 385 | 97039 | 2401250000 | AR | 5900.00 |
| 45726 | 1/31/2024 | 11 | | 385 | 97035 | 2401310000 | AR | 70.00 |
| 45727 | 1/31/2024 | 11 | | 385 | 97110 | 2401310000 | AR | 90.00 |
| 45728 | 1/31/2024 | 11 | | 385 | 97140 | 2401310000 | AR | 75.00 |
| 45729 | 1/31/2024 | 11 | | 385 | 97112 | 2401310000 | AR | 65.00 |
| 45730 | 1/31/2024 | 11 | | 385 | 97530 | 2401310000 | AR | 90.00 |
| 45731 | 1/31/2024 | 11 | | 385 | 95999 | 2401310000 | AR | 4500.00 |
| 45732 | 1/31/2024 | 11 | | 385 | 99199 | 2401310000 | AR | 1500.00 |
| 46211 | 2/1/2024 | 11 | | 385 | G0283 | 2402020000 | AR | 60.00 |
| 46212 | 2/1/2024 | 11 | | 385 | 97110 | 2402020000 | AR | 90.00 |
| 46213 | 2/1/2024 | 11 | | 385 | 97140 | 2402020000 | AR | 75.00 |
| 46214 | 2/1/2024 | 11 | | 385 | 97112 | 2402020000 | AR | 65.00 |
| 46215 | 2/1/2024 | 11 | | 385 | 97530 | 2402020000 | AR | 90.00 |
| 46216 | 2/1/2024 | 11 | | 385 | 97039 | 2402020000 | AR | 5900.00 |
| 46492 | 2/6/2024 | 11 | | 385 | G0283 | 2402060000 | AR | 60.00 |
| 46493 | 2/6/2024 | 11 | | 385 | 97110 | 2402060000 | AR | 90.00 |
| 46494 | 2/6/2024 | 11 | | 385 | 97140 | 2402060000 | AR | 75.00 |
| 46495 | 2/6/2024 | 11 | | 385 | 97112 | 2402060000 | AR | 65.00 |

COMPLETE FITNESS RHB LLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 46496 | 2/6/2024 | 11 | | 385 | 97530 | 2402060000 | AR | 90.00 |
| 46497 | 2/6/2024 | 11 | | 385 | 97039 | 2402060000 | AR | 5900.00 |
| 46872 | 2/8/2024 | 11 | | 385 | G0283 | 2402080000 | AR | 60.00 |
| 46873 | 2/8/2024 | 11 | | 385 | 97110 | 2402080000 | AR | 90.00 |
| 46874 | 2/8/2024 | 11 | | 385 | 97140 | 2402080000 | AR | 75.00 |
| 46875 | 2/8/2024 | 11 | | 385 | 97112 | 2402080000 | AR | 65.00 |
| 46876 | 2/8/2024 | 11 | | 385 | 97530 | 2402080000 | AR | 90.00 |
| 46877 | 2/8/2024 | 11 | | 385 | 97039 | 2402080000 | AR | 5900.00 |
| 47397 | 2/13/2024 | 11 | | 385 | G0283 | 2402120000 | AR | 60.00 |
| 47398 | 2/13/2024 | 11 | | 385 | 97110 | 2402120000 | AR | 90.00 |
| 47399 | 2/13/2024 | 11 | | 385 | 97140 | 2402120000 | AR | 75.00 |
| 47400 | 2/13/2024 | 11 | | 385 | 97112 | 2402120000 | AR | 65.00 |
| 47401 | 2/13/2024 | 11 | | 385 | 97530 | 2402120000 | AR | 90.00 |
| 47402 | 2/13/2024 | 11 | | 385 | 97039 | 2402120000 | AR | 5900.00 |
| 47910 | 2/15/2024 | 11 | | 385 | G0283 | 2402150000 | AR | 60.00 |
| 47911 | 2/15/2024 | 11 | | 385 | 97110 | 2402150000 | AR | 90.00 |
| 47912 | 2/15/2024 | 11 | | 385 | 97112 | 2402150000 | AR | 65.00 |
| 47913 | 2/15/2024 | 11 | | 385 | 97140 | 2402150000 | AR | 75.00 |
| 47914 | 2/15/2024 | 11 | | 385 | 97164 | 2402150000 | AR | 195.00 |
| 48361 | 2/20/2024 | 11 | | 385 | G0283 | 2402200000 | AR | 60.00 |
| 48362 | 2/20/2024 | 11 | | 385 | 97035 | 2402200000 | AR | 70.00 |
| 48363 | 2/20/2024 | 11 | | 385 | 97110 | 2402200000 | AR | 90.00 |
| 48364 | 2/20/2024 | 11 | | 385 | 97140 | 2402200000 | AR | 75.00 |
| 48365 | 2/20/2024 | 11 | | 385 | 97112 | 2402200000 | AR | 65.00 |
| 48366 | 2/20/2024 | 11 | | 385 | 97530 | 2402200000 | AR | 90.00 |
| 48730 | 2/22/2024 | 11 | | 385 | G0283 | 2402220000 | AR | 60.00 |
| 48731 | 2/22/2024 | 11 | | 385 | 97035 | 2402220000 | AR | 70.00 |
| 48732 | 2/22/2024 | 11 | | 385 | 97110 | 2402220000 | AR | 90.00 |
| 48733 | 2/22/2024 | 11 | | 385 | 97140 | 2402220000 | AR | 75.00 |
| 48734 | 2/22/2024 | 11 | | 385 | 97112 | 2402220000 | AR | 65.00 |
| 48735 | 2/22/2024 | 11 | | 385 | 97530 | 2402220000 | AR | 90.00 |
| 49336 | 2/27/2024 | 11 | | 385 | G0283 | 2402270000 | AR | 60.00 |
| 49337 | 2/27/2024 | 11 | | 385 | 97110 | 2402270000 | AR | 90.00 |
| 49338 | 2/27/2024 | 11 | | 385 | 97140 | 2402270000 | AR | 75.00 |
| 49339 | 2/27/2024 | 11 | | 385 | 97112 | 2402270000 | AR | 65.00 |
| 49340 | 2/27/2024 | 11 | | 385 | 97530 | 2402270000 | AR | 90.00 |
| 49341 | 2/27/2024 | 11 | | 385 | 97039 | 2402270000 | AR | 5900.00 |
| 49822 | 3/1/2024 | 11 | | 385 | G0283 | 2403010000 | AR | 60.00 |
| 49823 | 3/1/2024 | 11 | | 385 | 97035 | 2403010000 | AR | 70.00 |
| 49824 | 3/1/2024 | 11 | | 385 | 97110 | 2403010000 | AR | 90.00 |
| 49825 | 3/1/2024 | 11 | | 385 | 97140 | 2403010000 | AR | 75.00 |
| 49826 | 3/1/2024 | 11 | | 385 | 97112 | 2403010000 | AR | 65.00 |
| 49827 | 3/1/2024 | 11 | | 385 | 97530 | 2403010000 | AR | 90.00 |
| 50160 | 3/5/2024 | 11 | | 385 | G0283 | 2403050000 | AR | 60.00 |
| 50161 | 3/5/2024 | 11 | | 385 | 97110 | 2403050000 | AR | 90.00 |
| 50162 | 3/5/2024 | 11 | | 385 | 97140 | 2403050000 | AR | 75.00 |
| 50163 | 3/5/2024 | 11 | | 385 | 97112 | 2403050000 | AR | 65.00 |

COMPLETE FITNESS RHB LLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 50164 | 3/5/2024 | 11 | | 385 | 97530 | 2403050000 | AR | 90.00 |
| 50535 | 3/7/2024 | 11 | | 385 | G0283 | 2403070000 | AR | 60.00 |
| 50536 | 3/7/2024 | 11 | | 385 | 97035 | 2403070000 | AR | 70.00 |
| 50537 | 3/7/2024 | 11 | | 385 | 97110 | 2403070000 | AR | 90.00 |
| 50538 | 3/7/2024 | 11 | | 385 | 97140 | 2403070000 | AR | 75.00 |
| 50539 | 3/7/2024 | 11 | | 385 | 97112 | 2403070000 | AR | 65.00 |
| 50540 | 3/7/2024 | 11 | | 385 | 97530 | 2403070000 | AR | 90.00 |
| 51011 | 3/12/2024 | 11 | | 385 | G0283 | 2403120000 | AR | 60.00 |
| 51012 | 3/12/2024 | 11 | | 385 | 97035 | 2403120000 | AR | 70.00 |
| 51013 | 3/12/2024 | 11 | | 385 | 97110 | 2403120000 | AR | 90.00 |
| 51014 | 3/12/2024 | 11 | | 385 | 97140 | 2403120000 | AR | 75.00 |
| 51015 | 3/12/2024 | 11 | | 385 | 97112 | 2403120000 | AR | 65.00 |
| 51016 | 3/12/2024 | 11 | | 385 | 97530 | 2403120000 | AR | 90.00 |
| 51359 | 3/15/2024 | 11 | | 385 | G0283 | 2403180000 | AR | 60.00 |
| 51360 | 3/15/2024 | 11 | | 385 | 97035 | 2403180000 | AR | 70.00 |
| 51361 | 3/15/2024 | 11 | | 385 | 97110 | 2403180000 | AR | 90.00 |
| 51362 | 3/15/2024 | 11 | | 385 | 97140 | 2403180000 | AR | 75.00 |
| 51363 | 3/15/2024 | 11 | | 385 | 97112 | 2403180000 | AR | 65.00 |
| 51730 | 3/19/2024 | 11 | | 385 | G0283 | 2403190000 | AR | 60.00 |
| 51731 | 3/19/2024 | 11 | | 385 | 97110 | 2403190000 | AR | 90.00 |
| 51732 | 3/19/2024 | 11 | | 385 | 97140 | 2403190000 | AR | 75.00 |
| 51733 | 3/19/2024 | 11 | | 385 | 97112 | 2403190000 | AR | 65.00 |
| 51734 | 3/19/2024 | 11 | | 385 | 97530 | 2403190000 | AR | 90.00 |
| 52453 | 3/26/2024 | 11 | | 385 | G0283 | 2403260000 | AR | 60.00 |
| 52454 | 3/26/2024 | 11 | | 385 | 97110 | 2403260000 | AR | 90.00 |
| 52455 | 3/26/2024 | 11 | | 385 | 97140 | 2403260000 | AR | 75.00 |
| 52456 | 3/26/2024 | 11 | | 385 | 97112 | 2403260000 | AR | 65.00 |
| 52457 | 3/26/2024 | 11 | | 385 | 97530 | 2403260000 | AR | 90.00 |
| 52458 | 3/26/2024 | 11 | | 385 | 97039 | 2403260000 | AR | 5900.00 |
| 52769 | 3/28/2024 | 11 | | 385 | G0283 | 2403280000 | AR | 60.00 |
| 52770 | 3/28/2024 | 11 | | 385 | 97035 | 2403280000 | AR | 70.00 |
| 52771 | 3/28/2024 | 11 | | 385 | 97110 | 2403280000 | AR | 90.00 |
| 52772 | 3/28/2024 | 11 | | 385 | 97140 | 2403280000 | AR | 75.00 |
| 52773 | 3/28/2024 | 11 | | 385 | 97112 | 2403280000 | AR | 65.00 |
| 52774 | 3/28/2024 | 11 | | 385 | 97530 | 2403280000 | AR | 90.00 |
| 52875 | 3/29/2024 | 11 | | 385 | G0283 | 2403290000 | AR | 60.00 |
| 52876 | 3/29/2024 | 11 | | 385 | 97110 | 2403290000 | AR | 90.00 |
| 52877 | 3/29/2024 | 11 | | 385 | 97140 | 2403290000 | AR | 75.00 |
| 52878 | 3/29/2024 | 11 | | 385 | 97112 | 2403290000 | AR | 65.00 |
| 52879 | 3/29/2024 | 11 | | 385 | 97530 | 2403290000 | AR | 90.00 |
| 52880 | 3/29/2024 | 11 | | 385 | 97039 | 2403290000 | AR | 5900.00 |
| 53268 | 4/2/2024 | 11 | | 385 | 97140 | 2404020000 | AR | 75.00 |
| 53678 | 4/4/2024 | 11 | | 385 | G0283 | 2404040000 | AR | 60.00 |
| 53679 | 4/4/2024 | 11 | | 385 | 97110 | 2404040000 | AR | 90.00 |
| 53680 | 4/4/2024 | 11 | | 385 | 97140 | 2404040000 | AR | 75.00 |
| 53681 | 4/4/2024 | 11 | | 385 | 97112 | 2404040000 | AR | 65.00 |
| 54838 | 4/15/2024 | 11 | | 385 | G0283 | 2404150000 | AR | 60.00 |

COMPLETE FITNESS RHB LLC

## Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 54839 | 4/15/2024 | 11 | | 385 | 97035 | 2404150000 | AR | 70.00 |
| 54840 | 4/15/2024 | 11 | | 385 | 97110 | 2404150000 | AR | 90.00 |
| 54841 | 4/15/2024 | 11 | | 385 | 97140 | 2404150000 | AR | 75.00 |
| 54842 | 4/15/2024 | 11 | | 385 | 97112 | 2404150000 | AR | 65.00 |
| 54843 | 4/15/2024 | 11 | | 385 | 97530 | 2404150000 | AR | 90.00 |
| 54844 | 4/15/2024 | 11 | | 385 | 97039 | 2404150000 | AR | 5900.00 |
| 55866 | 4/22/2024 | 11 | | 385 | G0283 | 2404290000 | AR | 60.00 |
| 55867 | 4/22/2024 | 11 | | 385 | 97035 | 2404290000 | AR | 70.00 |
| 55868 | 4/22/2024 | 11 | | 385 | 97110 | 2404290000 | AR | 90.00 |
| 55869 | 4/22/2024 | 11 | | 385 | 97140 | 2404290000 | AR | 75.00 |
| 55870 | 4/22/2024 | 11 | | 385 | 97112 | 2404290000 | AR | 65.00 |
| 55871 | 4/22/2024 | 11 | | 385 | 97530 | 2404290000 | AR | 90.00 |
| 56078 | 4/29/2024 | 11 | | 385 | G0283 | 2404290000 | AR | 60.00 |
| 56079 | 4/29/2024 | 11 | | 385 | 97035 | 2404290000 | AR | 70.00 |
| 56080 | 4/29/2024 | 11 | | 385 | 97110 | 2404290000 | AR | 90.00 |
| 56081 | 4/29/2024 | 11 | | 385 | 97140 | 2404290000 | AR | 75.00 |
| 56082 | 4/29/2024 | 11 | | 385 | 97112 | 2404290000 | AR | 65.00 |
| 56083 | 4/29/2024 | 11 | | 385 | 97530 | 2404290000 | AR | 90.00 |
| 57084 | 5/3/2024 | 11 | | 385 | G0283 | 2405030000 | AR | 60.00 |
| 57085 | 5/3/2024 | 11 | | 385 | 97110 | 2405030000 | AR | 90.00 |
| 57086 | 5/3/2024 | 11 | | 385 | 97140 | 2405030000 | AR | 75.00 |
| 57087 | 5/3/2024 | 11 | | 385 | 97112 | 2405030000 | AR | 65.00 |
| 57088 | 5/3/2024 | 11 | | 385 | 97530 | 2405030000 | AR | 90.00 |
| 57269 | 5/6/2024 | 11 | | 385 | G0283 | 2405060000 | AR | 60.00 |
| 57270 | 5/6/2024 | 11 | | 385 | 97110 | 2405060000 | AR | 90.00 |
| 57271 | 5/6/2024 | 11 | | 385 | 97140 | 2405060000 | AR | 75.00 |
| 57272 | 5/6/2024 | 11 | | 385 | 97112 | 2405060000 | AR | 65.00 |
| 57273 | 5/6/2024 | 11 | | 385 | 97530 | 2405060000 | AR | 90.00 |
| 58699 | 5/17/2024 | 11 | | 385 | G0283 | 2405170000 | AR | 60.00 |
| 58700 | 5/17/2024 | 11 | | 385 | 97110 | 2405170000 | AR | 90.00 |
| 58701 | 5/17/2024 | 11 | | 385 | 97140 | 2405170000 | AR | 75.00 |
| 58702 | 5/17/2024 | 11 | | 385 | 97112 | 2405170000 | AR | 65.00 |
| 58703 | 5/17/2024 | 11 | | 385 | 97530 | 2405170000 | AR | 90.00 |
| 60270 | 5/31/2024 | 11 | | 385 | G0283 | 2405300000 | AR | 60.00 |
| 60271 | 5/31/2024 | 11 | | 385 | 97110 | 2405300000 | AR | 90.00 |
| 60272 | 5/31/2024 | 11 | | 385 | 97140 | 2405300000 | AR | 75.00 |
| 60273 | 5/31/2024 | 11 | | 385 | 97112 | 2405300000 | AR | 65.00 |
| 61160 | 6/10/2024 | 11 | | 385 | G0283 | 2406100000 | AR | 60.00 |
| 61161 | 6/10/2024 | 11 | | 385 | 97110 | 2406100000 | AR | 90.00 |
| 61162 | 6/10/2024 | 11 | | 385 | 97140 | 2406100000 | AR | 75.00 |
| 61163 | 6/10/2024 | 11 | | 385 | 97112 | 2406100000 | AR | 65.00 |
| 63155 | 7/1/2024 | 11 | | 385 | G0283 | 2406280000 | AR | 60.00 |
| 63156 | 7/1/2024 | 11 | | 385 | 97110 | 2406280000 | AR | 90.00 |
| 63157 | 7/1/2024 | 11 | | 385 | 97140 | 2406280000 | AR | 75.00 |
| 63158 | 7/1/2024 | 11 | | 385 | 97112 | 2406280000 | AR | 65.00 |
| 63590 | 7/5/2024 | 11 | | 385 | G0283 | 2407050000 | AR | 60.00 |
| 63591 | 7/5/2024 | 11 | | 385 | 97110 | 2407050000 | AR | 90.00 |

COMPLETE FITNESS RHB LLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 63592 | 7/5/2024 | 11 | | 385 | 97140 | 2407050000 | AR | 75.00 |
| 63593 | 7/5/2024 | 11 | | 385 | 97112 | 2407050000 | AR | 65.00 |
| 63915 | 6/21/2024 | 11 | | 385 | G0283 | 2407100000 | AR | 60.00 |
| 63916 | 6/21/2024 | 11 | | 385 | 97110 | 2407100000 | AR | 90.00 |
| 63917 | 6/21/2024 | 11 | | 385 | 97112 | 2407100000 | AR | 65.00 |
| 63918 | 6/21/2024 | 11 | | 385 | 97140 | 2407100000 | AR | 75.00 |
| 63919 | 6/21/2024 | 11 | | 385 | 97164 | 2407100000 | AR | 195.00 |
| 65738 | 7/26/2024 | 11 | | 385 | G0283 | 2407260000 | AR | 60.00 |
| 65739 | 7/26/2024 | 11 | | 385 | 97110 | 2407260000 | AR | 90.00 |
| 65740 | 7/26/2024 | 11 | | 385 | 97140 | 2407260000 | AR | 75.00 |
| 65741 | 7/26/2024 | 11 | | 385 | 97112 | 2407260000 | AR | 65.00 |
| 67208 | 8/9/2024 | 11 | | 385 | G0283 | 2408090000 | AR | 60.00 |
| 67209 | 8/9/2024 | 11 | | 385 | 97110 | 2408090000 | AR | 90.00 |
| 67210 | 8/9/2024 | 11 | | 385 | 97140 | 2408090000 | AR | 75.00 |
| 67211 | 8/9/2024 | 11 | | 385 | 97112 | 2408090000 | AR | 65.00 |
| 69740 | 8/19/2024 | 11 | | 385 | G0283 | 2409030000 | AR | 60.00 |
| 69741 | 8/19/2024 | 11 | | 385 | 97035 | 2409030000 | AR | 70.00 |
| 69742 | 8/19/2024 | 11 | | 385 | 97110 | 2409030000 | AR | 90.00 |
| 69743 | 8/19/2024 | 11 | | 385 | 97112 | 2409030000 | AR | 65.00 |
| 69744 | 8/19/2024 | 11 | | 385 | 97140 | 2409030000 | AR | 75.00 |
| 69745 | 8/19/2024 | 11 | | 385 | 97530 | 2409030000 | AR | 90.00 |
| 69746 | 8/19/2024 | 11 | | 385 | 97164 | 2409030000 | AR | 195.00 |
| 70281 | 8/30/2024 | 11 | | 385 | G0283 | 2409110000 | AR | 60.00 |
| 70282 | 8/30/2024 | 11 | | 385 | 97110 | 2409110000 | AR | 90.00 |
| 70283 | 8/30/2024 | 11 | | 385 | 97140 | 2409110000 | AR | 75.00 |
| 70284 | 8/30/2024 | 11 | | 385 | 97112 | 2409110000 | AR | 65.00 |

Patient Total $86,430.00