UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE FITNESS RHB LLC
AND NERVEANA LLC, (Daniel
Gordon Jr.),
Plaintiff,

v.

COMMONWEALTH CASUALTY
COMPANY,
Defendant.

Case No. 4:25-cv-10657-FKB-EAS
District Court Judge F. Kay Behm
Magistrate Judge Elizabeth A. Stafford

---

## STIPULATED ORDER OF DISMISSAL

---

This matter comes before the Court on the stipulation of Parties.[1] The Court

hereby ORDERS that the case is hereby DISMISSED without prejudice.

Date: March 12, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge

Stipulated by:

*/s/ James W. Low with consent 3/11/25*    */s/ Julia T. Stuebing 3/12/25*
_____    _____
James W. Low, P63110    Julia T. Stuebing, P81227
Michael Fergestrom, P48864    Dinsmore & Shohl LLP
Jordan E. Dollar, P75674    300 N. Fifth Ave., Ste. 120
The Dollar Law Firm PLLC    Ann Arbor, MI  48104
220 S. Main St., Ste. 126

---

[1] Commonwealth objects to personal jurisdiction and in the event that the case is refiled reserves the right to file a motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

Royal Oak, MI  48067
Phone: (248) 918-4500, Fax: (248) 809-4000
james.low@lawdollar.com
jdollar@lawdollar.com
mfergestrom@lawdollar.com
*Attorneys for Plaintiffs*

Phone: (734) 773-4051, Fax: (734) 913-6007
julia.stuebing@dinsmore.com
*Attorneys for Commonwealth Casualty Company*